UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Eva Marie Evgen,

BKY 20-31728

Debtor.

## ORDER APPROVING EMPLOYMENT OF ATTORNEY

The Trustee's Application to Approve the Employment of Panish Shea & Boyle, LLP, as the trustee's attorneys (Dkt. 14) came before the court.

Based on the Application, the recommendation of the United States Trustee 11 U.S.C. § 327,

**IT IS HEREBY ORDERED:**

1. The employment is approved.

Dated: May 19, 2021

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/19/2021
Lori Vosejpka, Clerk, by KLK