**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 20–31728 – WJF
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eva Marie Evgen
fka Eva Marie Pinc

51 McAndrews Rd W
Apt. 212
Burnsville, MN 55337

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8337

**NOTICE TO FILE CLAIMS**

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 10/17/22 , or, for governmental units, within 180 days from the date of the Order for Relief or 10/17/22 , whichever is later. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 7/15/22

Tricia Pepin
Clerk, U.S. Bankruptcy Court
200 Warren E. Burger Federal Building
and U.S. Courthouse
316 N Robert St
St Paul, MN 55101

BY: admin
Deputy Clerk

mnbflclm 10/14