**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 20−31728 − WJF
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eva Marie Evgen
fka Eva Marie Pinc

51 McAndrews Rd W
Apt. 212
Burnsville, MN 55337

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−8337

### NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 10/17/22 , or, for governmental units, within 180 days from the date of the Order for Relief or 10/17/22 , whichever is later. Proofs of claim can be filed electronically on the court's website:  www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 7/15/22

Tricia Pepin
Clerk, U.S. Bankruptcy Court
200 Warren E. Burger Federal Building
and U.S. Courthouse
316 N Robert St
St Paul, MN 55101

BY: admin
Deputy Clerk

mnbflclm 10/14

United States Bankruptcy Court

District of Minnesota

In re:  Case No. 20-31728-WJF
Eva Marie Evgen  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3      User: admin      Page 1 of 3
Date Rcvd: Jul 15, 2022      Form ID: mnbflclm      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eva Marie Evgen, 51 McAndrews Rd W, Apt. 212, Burnsville, MN 55337-5748 |
| aty | + | Adam Ellis, Panish Shea & Boyle, LLP, 8816 Spanish Ridge Ave, Las Vegas, NV 89148-1303 |
| 62543580 | | American Web Loan, A S Mingo Road, Suite 189, Tulsa, OK 74133 |
| 62543582 | | Behavior Therapy Solutions of MN, 700 Commerce Drive #260, Woodbury, MN 55125-9243 |
| 62543587 | ++ | CREDIT CORP SOLUTIONS INC, 121 W ELECTION RD, SANDY UT 84020-7766 address filed with court:, Credit Corp Solutions Inc, 121 W. Election Road, Suite 200, Draper, UT 84020 |
| 62543585 | + | Collection Resources, 2700 1st St N, Suite 303, St. Cloud, MN 56303-4583 |
| 62543590 | | Health Partners, Mail Stop 25508B, PO Box 244, Minneapolis MN 55440-0244 |
| 62543591 | ++ | IDEAL CREDIT UNION FKA POSTAL CREDIT UNION, 8499 TAMARACK ROAD, WOODBURY MN 55125-9201 address filed with court:, Ideal Credit Union, 2401 McKnight Rd N, St Paul, MN 55109 |
| 62543593 | + | Invitation Homes, 1210 Northland Dr, Mendota Heights, MN 55120-1432 |
| 62543607 | + | Woodbury Pediatric Dentistry, 9680 Tamarack Rd #120, Woodbury, MN 55125-2624 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJAHEDBACK.COM | Jul 16 2022 00:53:00 | John A. Hedback, 2855 Anthony Ln S, Ste 201, St Anthony, MN 55418-2637 |
| 62543581 | + | EDI: TSYS2 | Jul 16 2022 00:53:00 | Barclay's Bank Delaware, PO Box 8803, Wilmington DE 19899-8803 |
| 62543587 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 15 2022 20:47:00 | Credit Corp Solutions Inc, 121 W. Election Road, Suite 200, Draper, UT 84020 |
| 62543588 | + | Email/Text: kford@curecovery.com | Jul 15 2022 20:48:00 | CU Recovery, 26263 Forest Blvd, Wyoming MN 55092-8033 |
| 62543583 | + | Email/Text: bankruptcy@cavps.com | Jul 15 2022 20:48:00 | Calvary Portfolio Services LLC, 500 Summit Lake Dr, STE 4A, Valhalla, NY 10595-2323 |
| 62543584 | + | EDI: CITICORP.COM | Jul 16 2022 00:53:00 | Citibank, PO Box 769004, San Antonio, TX 78245-9004 |
| 62543586 | + | EDI: CONVERGENT.COM | Jul 16 2022 00:53:00 | Convergent Outsourcing Inc, 800 SW 39th St, Po Box 9004, Renton WA 98057-9004 |
| 62543589 | ^ | MEBN | Jul 15 2022 20:46:43 | Fair Collections & Outsourcing, 12304 Baltimore Avenue #E, Beltsville MD 20705-1314 |
| 62543592 | | EDI: IRS.COM | Jul 16 2022 00:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 62543594 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 15 2022 20:47:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI |

Case 20-31728   Doc 18   Filed 07/17/22   Entered 07/17/22 23:22:06   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0864-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2022 | Form ID: mnbflclm | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 53201-3115 |
| 62543595 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2022 20:48:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 62543596 | + | EDI: MINNDEPREV.COM | Jul 16 2022 00:53:00 | Minnesota Department of Revenue, 551 Bkcy Section, PO Box 64447, St Paul MN 55164-0447 |
| 62543597 | | ^ MEBN | Jul 15 2022 20:46:40 | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 62543599 | | EDI: RMSC.COM | Jul 16 2022 00:53:00 | Sams Club/Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando FL 32896-5060 |
| 62543600 | | EDI: CITICORP.COM | Jul 16 2022 00:53:00 | Sears Credit Cards, PO Box 6283, Sioux Falls SD 57117 6283 |
| 62543601 | | EDI: AISTMBL.COM | Jul 16 2022 00:53:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 62543603 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 15 2022 20:47:00 | Toyota Financial Services, Attn: Bankruptcy Dept, PO Box 8026, Cedar Rapids IA 52408 8026 |
| 62543602 | + | Email/Text: support@tennissanitation.com | Jul 15 2022 20:48:00 | Tennis Sanitation, PO Box 62, St Paul Park, MN 55071-0062 |
| 62547284 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2022 20:54:14 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 62543604 | | EDI: WFNNB.COM | Jul 16 2022 00:53:00 | Venus, PO Box 659617, San Antonio, TX 78265-9617 |
| 62543605 | + | EDI: WFNNB.COM | Jul 16 2022 00:53:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 62543606 | + | EDI: WFCCSBK | Jul 16 2022 00:53:00 | Wells Fargo Bank, PO Box 5058, MAC P6053 021, Portland OR 97208-5058 |
| 62543608 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Jul 15 2022 20:47:00 | Xcel Energy, Attn: Correspondence Team, PO box 8, Eau Claire WI 54702 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | John A. Hedback, 2855 Anthony Ln S, Ste 201, St Anthony, MN 55418-2637 |
| 62543598 | ##+ | Northwestern Wisconsin Electric Company, 104 Oak St E, Frederic, WI 54837-9574 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew C. Walker | on behalf of Debtor 1 Eva Marie Evgen curtwalkerbky@gmail.com  WalkerWalkerLawOfficesPLLC@jubileebk.net |
| John A. Hedback | jhedback@hac-mnlaw.com  jhedback@ecf.axosfs.com;janine@hac-mnlaw.com |
| John A. Hedback | on behalf of Trustee John A. Hedback jhedback@hac-mnlaw.com  jhedback@ecf.axosfs.com;janine@hac-mnlaw.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4